UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05CR00751 SNL (MLM) |
| ) | |
| CAMRON ROBERT SHOUSE, ) | |
| ARTHUR TERRY SHOUSE, and ) | |
| JOSHUA EUGENE BROWN, ) | |
| ) | |
| Defendants. ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 30, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, based upon the defendants' guilty plea to the Indictment and their signed Stipulation of Facts Relative to Sentencing wherein the defendants agreed to the forfeiture of the specified assets as outlined in the Indictment and is subject to forfeiture;

AND WHEREAS, on June 7, June 14, and June 21, 2006, the United States published in a newspaper of general circulation, to wit: The St. Louis Daily Record, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and;

WHEREAS, the Court has been advised that no petitions have been filed;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property which belongs to the defendant who is the subject of this order, is hereby condemned and forfeited to the United States of America to be disposed of according to law, as follows:

United States Currency

    a. One Hundred One Thousand Dollars ($101,000) United States Currency seized on December 10, 2002;

    b. Five Thousand Six Hundred Fifty Five Dollars ($5,655.00) United States Currency seized on December 10, 2002;

    c. One Hundred Twenty Five Thousand One Hundred Thirty Dollars ($125,130) United States Currency seized on July 14, 2004; and

    d. Three Hundred Sixty Four Thousand Nine Hundred Fifty Dollars ($364,950) United States Currency seized on February 11, 2005.

Vehicles

    a. 2003 silver Dodge pickup truck, VIN 3D7KU28DX3G850563;

    b. 2003 red Pace box trailer, VIN 4P2FB10193U039513;

    c. 1999 Bobtail tractor, VIN 1FUYSXYB4XLA74487; and

    d. 1997 Dodge Ram 1500, VIN 1B7HF13Y8VJ590684 and attached trailer, VIN 4P2FB10153U043140.

Other Items

    a. One white and gold colored wedding band seized December 10, 2002;

    b. One dinner ring with white stones and gold colored setting seized December 10, 2002;

    c. One gold colored pendant with chain containing white stones seized December 10, 2002;

    d. One Canadian gold colored collector's coin seized December 10, 2002; and

    e. One holographic American collector's silver dollar seized December 10, 2002.

2. The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

So ordered this 8th day of August, 2006

STEPHEN N. LIMBAUGH
UNITED STATES DISTRICT JUDGE